**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00178-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JULIO CESAR-ROMERO,

    Defendant.

---

**MINUTE ORDER**[1]

---

    Due to a conflict arising on the court's calendar, the sentencing hearing set for Friday, October 21, 2011, at 11:00 a.m., is **VACATED** and is **CONTINUED** to **October 27, 2011**, at 10:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: October 19, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.